KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Ste. 100
Las Vegas, Nevada 89144
(702) 949-9990
kristine@kuzemkalaw.com
Attorney for Defendant



FILED ___   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUN 1 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DAVID PEREZ-MANCHAME,

   Defendant.

Case No. 2:18-mj-00361-VCF-3

**MOTION FOR PERMISSION FOR INVESTIGATOR, MAYBETH ANDRADE, TO ENTER CORECIVIC FOR CASE WORK**

Defendant DAVID PEREZ-MANCHAME through his attorney of record, KRISTINE M. KUZEMKA, ESQ., of Kuzemka Law Group, hereby requests an Order directing Corecivic to allow Investigator MAYBETH ANDRADE to enter Nevada Southern Detention Center, 2190 E. Mesquite Avenue, Pahrump, Nevada 89060 for the purpose of case work, to include interpreting for defendant, reviewing and interpreting discovery and correspondence in this matter.

DATED this __5th__ day of June, 2018.

BY   /s//*Kristine M. Kuzemka*
     KRISTINE M. KUZEMKA, ESQ.
     Nevada Bar #8836
     Kuzemka Law Group
     1180 N. Town Center Drive, Ste. 100
     Las Vegas, Nevada 89144
     (702) 949-9990
     Attorney for Defendant

**IT IS HEREBY ORDERED** that Corecivic allow Investigator MAYBETH ANDRADE to enter Nevada Southern Detention Center, 2190 E. Mesquite Avenue, Pahrump, Nevada 89060 for the purpose of case work in this matter until the conclusion of the case, shall be, and it is Granted.

DATED this __12<sup>r</sup>__ day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE