DAYLE ELIESON
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
phillip.smith@usdoj.gov

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:18-mj-361-VCF** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID PEREZ-MANCHAME, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO CONTINUE STATUS HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America; and Kristine M. Kuzemka, Esq., counsel for Defendant DAVID PEREZ-MANCHAME, that the status hearing for the above-captioned matter, currently scheduled for July 30, 2018, at the hour of 4:00 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than forty-five (45) days.

This stipulation is entered for the following reasons:

1

1. The parties are researching the viability of entering into a plea agreement considering the existence of a much larger investigation. Said plea agreement would obviate the need for the Government to present this matter to a federal grand jury. Counsel for the Defendant will need additional time to discuss the Defendant's options with him.

2. Denial of this request for continuance of the status hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The parties stipulate that the additional time requested by this stipulation is excludable in computing the time within which the Defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

5. This is the second request for a continuance of the status hearing herein.

DATED: July 30, 2018.

_____/s/_____  
PHILLIP N. SMITH, JR.  
Assistant United States Attorney  
Counsel for the United States

_____/s/_____  
KRISTINE M. KUZEMKA, ESQ.  
Counsel for Defendant PEREZ-MANCHAME

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:18-mj-361-VCF** |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING STATUS HEARING** |
| DAVID PEREZ-MANCHAME, | ) | |
| Defendant. | ) | |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the status hearing in the above-captioned matter as to Defendant DAVID PEREZ-MANCHAME, currently scheduled for July 30, 2018, at the hour of 4:00 p.m., be vacated and continued to September 4, 2018, 2018 at the hour of 4:00 P .m.

_____
UNITED STATES MAGISTRATE JUDGE

3